

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-15-00152-CV

Mary **BARRERA**,
Appellant

v.

**HEB GROCERY COMPANY, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14809
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to August 25, 2015.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

Keith E. Hottle
Clerk of Court